IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01920-WJM-MJW

RIVERDALE PEAKS HOMEOWNERS ASSOCIATION, a Colorado nonprofit corporation,
LLOYD LAND, and
EILEEN LAND,

Plaintiff(s),

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan company,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Set Scheduling Conference (Docket No. 37) is granted.  A Scheduling Conference shall be held before Judge Watanabe on May 15, 2013, at 9:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.  The parties shall file their joint proposed Scheduling Order on or before May 8, 2013.

Date: April 9, 2013