**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01920-WJM-MJW

RIVERDALE PEAKS HOMEOWNERS ASSOCIATION, a Colorado Nonprofit Corporation,
LLOYD LAND, and
EILEEN LAND

    Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan Company,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss (ECF No. 49). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED. (ECF No. 49.) The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs, except as otherwise provided in the Parties' full and final settlement.

Dated this 28th day of August, 2013.

BY THE COURT:

_William J. Martínez_
United States District Judge